| PROB 35 | Report and Order Terminating Supervision |
| (Reg 3/93) | Prior to Original Expiration Date |

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.   Crim. No. 2:16-MJ-1017-1BO

JUSTIN D. BOYD

On July 11, 2016, the above named was placed on probation for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |

/s/ Dwayne K. Benfield
Dwayne K. Benfield
Supervising U.S. Probation Officer

/s/ Melissa K. Gonigam
Melissa K. Gonigam
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: (252) 830-2345
Executed On: May 31, 2017

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this **31** day of **May**, 2017.

Terrence W. Boyle
U.S. District Judge

# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



201 South Evans Street, Room 214
Greenville, NC 27858-1121
252-830-2345
Fax: 252-758-8570

**DATE:** May 31, 2017

**FROM:** Melissa K. Gonigam
U.S. Probation Officer

**SUBJECT:** BOYD, Justin D.
Case No.: 2:16-MJ-1017-1BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
U.S. District Judge

On July 11, 2016, pursuant to a guilty plea to Baiting for the Purposes of Taking Migratory Game Birds and Aiding and Abetting, Justin D. Boyd appeared in United States District Court for Eastern District of North Carolina, and was sentenced to 12 months of probation.

He has performed satisfactorily on supervision. He has paid all of the court-ordered fine ($2,500) and special assessment ($25). All drug screens have been negative, and he has been on low intensity supervision since November 3, 2016. His probation is set to expire on July 10, 2017.

The probation office is requesting early termination. The U.S. Attorney's Office has been contacted and they have no objection. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____    5-31-17
Terrence W. Boyle              Date
U.S. District Judge